UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deicy S. L.,

    Petitioner,

v.                                               **ORDER ADOPTING REPORT AND RECOMMENDATION**
                                              Civil File No. 26-00797 (MJD/LIB)

Pamela Bondi, et al.,

    Defendants.

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner.

Daniel N. Rosen, United States Attorney, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois filed February 3, 2026. [Doc. 7.] No objections have been filed. Pursuant to statute, the Court has conducted a <u>de</u> <u>novo</u> review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Brisbois.

The Court merely adds the following: When the Court orders the immediate release and return to Minnesota of a petitioner, the Court means

exactly what it says: **immediate** release. The overcrowding issues with detention centers and ICE flights Respondents often cite as reasons to continue detaining noncitizens who have been ordered released and returned to Minnesota are problems of Respondents' own making.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that the Court **ADOPTS with modification** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois filed February 3, 2026. **[Doc. 7.]** Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED as follows:**

1. Respondents are ordered to i**mmediately** release Petitioner from custody and arrange for her safe return to Minnesota;

2. On or before 3:00 p.m. central time February 8, 2025, Respondents are ordered to confirm Petitioner's release from custody and safe return to Minnesota with all of the personal property she had with her at the time of her arrest;

3. Respondents are precluded from re-detaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances; and

4. If Respondents do not return Petitioner to Minnesota as ordered in items numbered 1.-3., above, they are instead ordered to file a statement that shows cause why they should not be held in civil contempt for twice failing to return Petitioner to the District of Minnesota.  This statement must be filed no later than 3:00 p.m. central time February 8, 2025.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  <u>February 6, 2026</u>     <u>s/ Michael J. Davis         </u>
                                     Michael J. Davis
                                     United States District Court