# UNITED STATES DISTRICT COURT
## District of Minnesota

Deicy Yulied Sanchez Lopez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26cv797 (MJD/LIB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS with modification** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois filed February 3, 2026. **[Doc. 7.]** Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED as follows:**

1. Respondents are ordered to i**mmediately** release Petitioner from custody and arrange for her safe return to Minnesota;
2. On or before 3:00 p.m. central time February 8, 2025, Respondents are ordered to confirm Petitioner's release from custody and safe return to Minnesota with all of the personal property she had with her at the time of her arrest;
3. Respondents are precluded from re-detaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances; and

4. If Respondents do not return Petitioner to Minnesota as ordered in items numbered 1.-3., above, they are instead ordered to file a statement that shows cause why they should not be held in civil contempt for twice failing to return Petitioner to the District of Minnesota. This statement must be filed no later than 3:00 p.m. central time February 8, 2025.

Date: 2/6/2026

KATE M. FOGARTY, CLERK