# UNITED STATES DISTRICT COURT
## District of Minnesota

Deicy Yulied Sanchez Lopez

Petitioner,

v.

Pamela Bondi, Kristi Noem Todd Lyons, and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-00797 MJD/LIB**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Deicy S. L.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 2/9/2026

KATE M. FOGARTY, CLERK